UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

FILED'09 OCT 8 15:30USDC-ORP

JILL GROGAN,
      Plaintiff,

CASE NO. 3:08-cv-01226-HU

vs.

EQUIFAX INFORMATION SERVICES LLC;
TRANS UNION LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.; and
GE MONEY BANK;
      Defendants.

**PROPOSED ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Jill Grogan, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice; AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Jill Grogan against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Jill Grogan and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: 8 Oct 09

_____
JUDGE, United States District Court,
District of Oregon

Page 1 – PROPOSED ORDER OF DISMISSAL WITH PREJUDICE

SUBMITTED BY:  /s Laura K. Rang
Laura K. Rang, Esq. (Admitted *Pro Hac Vice*)
Ind. Bar #26238-49-A
Telephone: 317-363-2400

*Lead Counsel for Defendant Trans Union, LLC*

Jennifer L. Bouman-Steagall, Esq.
OSB #00028
Telephone: 503-248-1134

*Local Counsel for Defendant Trans Union, LLC*

DISTRIBUTION TO:

Jennifer L. Bouman-Steagall
jbouman@bullardlaw.com

Justin M. Baxter, Esq.
justin@baxterlaw.com

Jeffrey M. Edelson, Esq.
jeffedelson@mhgm.com

Angela M. Taylor, Esq.
angelataylor@jonesday.com

Michael G. Morgan
mgmorgan@jonesday.com

Michael J. Farrell, Esq.
mfarrell@martinbischoff.com

Laura K. Rang
lrang@schuckitlaw.com

Robert S. Sola, Esq.
rssola@msn.com

Reilley D. Keating, Esq.
rdkeating@stoel.com

Keasha A. Broussard, Esq.
abroussard@kslaw.com

Stephanie Mazepa
smazepa@jonesday.com

Page 2 – PROPOSED ORDER OF DISMISSAL WITH PREJUDICE